Not for Publication

## United States District Court
## for the District of New Jersey

DANIEL GUTIERREZ,

                *Plaintiff*,

    v.

LCC LANDSCAPES and LUCIANO
CAGGIANO, JR.,

                *Defendants*.

Civil No.: 14-2129 (KSH)

**Opinion and Order**

**Katharine S. Hayden, U.S.D.J.**

       This matter comes before the Court upon plaintiff Daniel Gutierrez's motion for entry of default judgment [D.E. 12] against defendants LCC Landscapes and Luciano Caggiano, Jr. ("Defendants"); and

       Gutierrez having commenced this action against Defendants for their alleged violation of the Fair Labor Standards Act, 29 U.S.C. § 201 and the New Jersey State Wage and Hour Law, N.J.S.A. 34:11-561; and

       The Court, having reviewed Gutierrez's submissions on the motion, finding, in exercise of its discretion, that Gutierrez's proof of damages [D.E. 12-1, 12-2, and 12-3] is inadequate to support its request for default judgment;

       **IT IS,** on this 30th day of December 2014,

       **ORDERED** that the motion for entry of default judgment [D.E. 12] is DENIED. Plaintiff may refile his motion on or before January 23, 2015, returnable February 17, 2015, properly supported with full explanation of damage demands.

                     /s/ Katharine S. Hayden
                     Katharine S. Hayden, U.S.D.J.